B 4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT

10-44417

In re  American Equities Management LLC  ,
                  Debtor

Case No. _____

Chapter _____

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

    Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
| SEE ATTACHED LIST | | | | |

Date: 6/29/2010

_____
Debtor / its Managing Agent

*[Declaration as in Form 2]*

**FILED**
JUL 0 2 2010
TAWANA C. MARSHALL, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# LIST OF CREDITORS HOLDING LARGEST UNSECURED CLAIMS

| Creditor | Description | Amount |
|---|---|---|
| CitiBank<br>Box 6062<br>Sioux Falls, SD 57117<br>800-732-6000 | Credit Card    unliquidated | $49000 |
| Cottonwood Landscapes, LLC<br><br>5718 Dannon Way<br>West Jordan, Utah 84081<br>801-561-5454 | 1230 E 11th   Landscape construction<br>SLC, Ut.      Disputed completely | $50,000 |
| Hunt & Jeppson<br><br>2200B Douglas Blvd. # 150<br>Roseville, Ca. 95661 | Final legal fee from disputed settlement | $15,000 |
| James Magleby<br><br>170 South Main ST. #850<br>Salt Lake City, Utah 84101 | Shyster litigation/completely disputed   est. | $2million |
| Jared Bramwell<br><br>11576 State Street Bldg. 203<br>Draper, Utah 84020<br>801-495-2559 | Defense counsel  continuing fees | $150,000 |
| Lender Support Systems, Inc.<br>P.O.Box 30746<br>Los Angeles, CA 90030-0746<br>858-268-7100 | AEM loan management annual support | $3300 |
| Mike Macris<br><br>%James Magleby<br>170 South Main St. #850<br>Salt Lake City, Ut<br>Salt Lake City, Utah 84101 | Plaintiff in shyster litigation     est.<br>Completely disputed | $1.5million |

| Creditor | Description | Amount |
|---|---|---|
| Rainier Southlake Leasco<br>13760 Noel Road #800<br>Dallas, Texas 75240 | Landlord to AEM<br>4 years left on lease | $288,000 |
| Robert Wood<br>One Meadows Bldg. # 850<br>5005 Greenville Ave.<br>Dallas, Texas 75206<br>214-369-3209 | Defense legal fees | est. $50,000 |
| Sean Egan<br>Park Side Tower<br>215 South Main St #950<br>Salt Lake City, Utah 84111<br>801-363-5181 | Defense legal fees/disputed | est. $40,000 |
| Teresa Lathem<br>4308 Sunset Circle<br>The Colony, TX 75056<br>469-544-1174 | Accounting consulting/disputed | $960.00 |
| Vincent, Lopez, Serafina & Jenevein P.C.<br>Thanksgiving Tower<br>1601 Elm Street # 4100<br>Dallas, Texas 75201<br>214-334-7592 | Defense legal fees/disputed | est. $185,000 |